**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CHARLES E PORTER,

      Petitioner,

v.                                   CASE NO. 5:12-cv-00316-MP-EMT

PAGE AUGUSTINE, UNITED STATES OF AMERICA,

      Respondents.

_____/

**O R D E R**

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 11, 2013. (Doc. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

      Having considered the Report and Recommendation, I have determined that it should be adopted.

      Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2.      The amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 8) is DISMISSED for lack of jurisdiction based upon Petitioner's failure to exhaust his administrative remedies prior to filing suit.

      **DONE AND ORDERED** this *22nd* day of April, 2013

                                   *s/Maurice M. Paul*

                                  Maurice M. Paul, Senior District Judge